UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ANTHONY BROWN,

        Plaintiff,

    vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Civil No. 2:25-CV-02897-AC

~~PROPOSED~~ ORDER

Based on the stipulation of the parties, it is ordered that the Commissioner's decision regarding Plaintiff's eligibility for disability benefits under Title XVI of the Social Security Act be reversed and remanded to the Commissioner of Social Security for further administrative proceedings and a new decision pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

    DATED: March 18, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER            Page 1           No. 2:25-CV-02897-AC